ET AL., ETC. In error to the Supreme Court of the State of South Carolina. Submitted October 10, 1906. Decided January 21, 1907. *Per Curiam :* Dismissed for the want of jurisdiction. *French* v. *Taylor,* 199 U. S. 274; *Leonard* v. *Railroad Company,* 198 U. S. 416; *Murdock* v. *Memphis,* 20 Wall. 590; *Eustis* v. *Bolles,* 150 U. S. 361. *Mr. Levi H. David* and *Mr. Charles A. Douglass* for plaintiff in error. *Mr. Duncan C. Ray* for defendants in error.

---

No. 182. SUM GAY ALIAS SAM LEE, APPELLANT, *v.* THE UNITED STATES. Appeal from the District Court of the United States for the Northern District of California. Submitted by appellee January 25, 1907. Decided January 28, 1907. *Per Curiam :* Decree affirmed. *The Attorney General* and *Mr. Assistant Attorney General Cooley* for the appellee. No brief filed for appellant.

---

No. —. Original. *Ex parte:* IN THE MATTER OF HARRISON BOYNTON, PETITIONER. Submitted January 28, 1907. Decided February 4, 1907. *Per Curiam :* Motion for leave to file petition for a writ of *habeas corpus* and to proceed *in forma pauperis* denied. *Mr. A. B. Browne* for petitioner.

---

No. 136. THE UNITED STATES ET AL., APPELLANTS, *v.* WILLIAM B. KIRK. Appeal from the United States Circuit Court of Appeals for the Second Circuit. Argued January 25, 1907. Decided February 25, 1907. Decree affirmed by a divided court, and cause remanded to the Circuit Court of the United States for the Northern District of New York. *The Attorney General, The Solicitor General, Mr. Robert A. Howard* and *Mr. Henry C. Lewis* for appellants. *Mr. Abram J. Rose* and *Mr. Alfred C. Petté* for appellee.